THE STATE ex rel. MANGER, Appellant, v. HAWES et al.

*In Banc, November 3, 1903.*

The judgment in this case is affirmed upon the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. Wm. Zachritz,* Judge.

AFFIRMED.

*A. A. Paxson* and *B. F. Clark* for appellant.

*C. W. Bates* and *Wm. F. Woerner* for respondents.

GANTT, J.—Relator was appointed an emergency special on April 16, 1889, and within a short time thereafter (the exact date is not given) he was appointed a regular patrolman for a term of four years, which he

fully served, and now claims he was reappointed, by implication, for another four-year term in 1893, and was dropped on October 17, 1895. He asks a mandamus for $2,038.78 for the unexpired part of his term by implication. He was again appointed a probationary patrolman August 21, 1899, and is still on the force. Judgment for the defendants, and relator appealed.

He has no case. [State ex rel. Rife v. Hawes, p. 360 of this volume.] The judgment of the circuit court is right and it is affirmed.

All concur.